__/ FILED    ___ LODGED
___ RECEIVED  ___ COPY

DEC 1 9 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____/DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br>          vs.<br><br>Ethan Jacob Barlow,<br><br>                    Defendant. | No.   CR-17-08318-PCT-DGC(MHB)<br><br>**INDICTMENT**<br><br>VIO:   18 U.S.C. §§ 1153 and 1111<br>          (CIR: Second Degree Murder)<br>          Count 1<br><br>          18 U.S.C. §§ 1153 and 113(a)(6)<br>          (CIR: Assault Resulting In Serious<br>          Bodily Injury)<br>          Count 2 |

THE GRAND JURY CHARGES:

### COUNT 1

On or about November 2, 2017, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, defendant ETHAN JACOB BARLOW, an Indian, did with malice aforethought, unlawfully kill C.C.

In violation of Title 18, United States Code, Sections 1153 and 1111.

### COUNT 2

On or about November 2, 2017, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, defendant ETHAN JACOB BARLOW, an Indian did intentionally, knowingly, and recklessly assault the victim, C.C., resulting in serious bodily injury.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(6).

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date: December 19, 2017

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*s/*
SHARON K. SEXTON
Assistant U.S. Attorney